# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOSE A. MORALES-MOSCOSO, | ) | No. CV 17-2525-AB (FFM) |
| Petitioner, | ) ) | ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND |
| v. | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| CYNTHIA ENTZEL, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner has not filed any written objections to the Report. The Court concurs with and accepts the findings, conclusions, and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that: (1) respondent's motion to dismiss is GRANTED; and (2) judgment be entered denying the Petition and dismissing it without prejudice.

DATED: July 11, 2018

ANDRÉ BIROTTE JR.
United States District Judge