UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE A. MORALES-MOSCOSO,<br><br>    Petitioner,<br><br>    v.<br><br>CYNTHIA ENTZEL, Warden,<br><br>    Respondent. | No. CV 17-2525-AB (FFM)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: July 11, 2018

                                             ANDRÉ BIROTTE JR.
                                            United States District Judge